**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN MALONE,
    Petitioner,

vs.                                            Case No.: 3:06cv231/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 10, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The amended petition for writ of habeas corpus (Doc. 8) is **DENIED**.

**DONE AND ORDERED** this 4th day of October, 2007.

                                                                                   *s/ M. Casey Rodgers*
                                                                  **M. CASEY RODGERS
                                                                  UNITED STATES DISTRICT JUDGE**